**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2382**

_____

TERRY A. WILLIAMS,

                                    Plaintiff - Appellant,

         versus

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; OF-
FICE OF PERSONNEL MANAGEMENT; TOGO D. WEST,
JR., Secretary of the Army,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-95-1109-2)

_____

Submitted:  February 13, 1997      Decided:  February 25, 1997

_____

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Terry A. Williams, Appellant Pro Se.  Anita K. Henry, OFFICE OF THE
UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing Appellant's employment discrimination suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Williams v. EEOC, No. CA-95-1109-2 (E.D. Va. July 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED